UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTOINE Y. EL HANI,

Petitioner,

v.

ROB MUNDT, Warden,
FCI-Waseca,

Respondent.

CIVIL NO. 01-819 (ADM/JMM)

ORDER

The above matter is before the undersigned on Respondent's Motion for Enlargement of Time. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Respondent's Motion for Enlargement of Time is granted. Respondent shall make a return in writing on or before June 18, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

Dated: June 11, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______