# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Antoine Y. El Hani and
Shane Williams

Plaintiff

v.

Rob Mundt

Defendants

Case No. Civil 01-819 ADM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted in its entirety. Petitioners' petitions for writ of habeas corpus are denied and this matter is dismissed with prejudice.

DATE: October 16, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk